Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THUY THANH ALONZO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VACA RESTAURANT GROUP, LLC, a California limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.: 8:21-cv-01639-JLS-DFM <br><br> Honorable Judge Josephine L. Staton <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: August 4, 2021 <br> Trial Date: None |
|---|---|

Plaintiff, Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims and without prejudice of the claims of the purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: March 9, 2022                              Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 9, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: March 9, 2022 /s/ *Thiago M. Coelho*
Thiago M. Coelho