# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THUY THANH ALONZO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

VACA RESTAURANT GROUP, LLC, a California limited liability company; and DOES 1 to 10, inclusive,

Defendants.

Case No.:  8:21-cv-01639-JLS-DFM

**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) (Doc. 25)**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class.  Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  April 15, 2022

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1